# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4269
Lower Tribunal No. 15-CF-15448-A-O

_____

ERIK NUNEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal Pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

WHITE, SMITH and BROWNLEE, JJ., concur.


Erik Nunez, Trenton, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED